UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NUMBER: _____

LASANDRA COOPER,

    Plaintiff,

vs.

ADVENTIST HEALTH SYSTEM/SUNBELT, INC.
d/b/a ADVENTHEALTH ALTAMONTE SPRINGS,

    Defendant.
_____/

## COMPLAINT

COMES NOW, Plaintiff, LASANDRA COOPER, by and through her undersigned counsel, and sues the Defendant, ADVENTIST HEALTH SYSTEM/SUNBELT, INC. d/b/a ADVENTHEALTH ALTAMONTE SPRINGS, and alleges as follows:

## INTRODUCTION

1. This is a proceeding for damages to redress the deprivation of rights secured to the Plaintiff by the Family and Medical Leave Act, 29 U.S.C. 2601-2654 ("FMLA").

## JURISDICTION AND VENUE

2. The Court has jurisdiction over their controversy based upon the FMLA, and venue is proper as all acts described herein occurred within this judicial district.

## PARTIES

3. At all times material hereto, the Plaintiff was/is a citizen of the United States, sui juris, and an employee of the Defendant.

1

4. At all times material hereto, the Plaintiff was an employee and member of a protected class within the meaning of the FMLA.

5. At all times material hereto, Defendant was a Florida Corporation doing business and services in this judicial district, was the employer or former employer of the Plaintiff, and is an employer as defined by the FMLA.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. The Plaintiff has exhausted and fulfilled all conditions precedent to the institution of this action.

## STATEMENT OF FACTS

7. The Plaintiff had been a full-time employee for the Defendant since November of 2001 and was a satisfactory employee.

8. Plaintiff was in need of a surgery and begun the initiation of the FMLA process in late January of 2020 for a three month leave in March of 2020.

9. This included numerous discussions with supervisors/managers, Heather Sanders and Jessica, about her need for leave.

10. Plaintiff had already seen her doctor multiple times, scheduled her surgery, and obtained her doctors notes before going through FMLA Source, Defendant's FMLA administrator.

11. In fact, the surgery was scheduled to take place at Defendant's location.

12. Nevertheless, just days after Plaintiff commenced this process with FMLA Source, and obtained her FMLA paperwork, she was terminated on February 14, 2020 for a situation where there was an emergency at the time she was on her break, yet the battery on her

Spectralink telephone (provided by the Defendant) was not working and therefore she was not available.

13. As soon as Plaintiff received word from the Defendant on her cell phone, she came to aid.

14. Nevertheless, Plaintiff was terminated.

## COUNT I

## FMLA INTERFERENCE

15. The Plaintiff incorporates by reference paragraphs 1-14 herein.

16. At all times material to this lawsuit, the Plaintiff was entitled to leave under the FMLA.

17. The Defendant unlawfully interfered with the Plaintiff's exercise of her FMLA rights by failing to provide Plaintiff with her needed FMLA leave.

18. As a direct and proximate result of the Defendant's unlawful treatment, the Plaintiff has suffered damages and will continue to suffer irreparable injury and damages in the future, under the FMLA.

19. The Plaintiff is entitled to an award of reasonable attorney's fees, expert fees, costs and expenses related to this litigation under the FMLA.

WHEREFORE, the Plaintiff, LASANDRA COOPER, requests that judgment be entered against the Defendant, ADVENTIST HEALTH SYSTEM/SUNBELT, INC. d/b/a ADVENTHEALTH ALTAMONTE SPRINGS, for all damages recoverable under the FMLA, in addition to all litigation expenses and costs, including attorneys' fees and any other lawful and equitable relief this Court deems to be just and proper.

## COUNT II

## FMLA RETALIATION

20. The Plaintiff incorporates by reference paragraphs 1-14 herein.

21. At all times material to this lawsuit, the Plaintiff was entitled to leave under the FMLA.

22. As a result of this exercise of the FMLA, the Defendant intentionally, willfully and unlawfully retaliated against the Plaintiff, in violation of the FMLA.

23. That the Defendant's decision to adversely affect the Plaintiff was both connected to, and in response to the Plaintiff's FMLA coverage.

24. As a direct and proximate result of the Defendant's unlawful treatment, the Plaintiff has suffered damages and will continue to suffer irreparable injury and damages in the future, under the FMLA.

25. The Plaintiff is entitled to an award of reasonable attorney's fees, expert fees, costs and expenses related to this litigation under the FMLA.

WHEREFORE, the Plaintiff, LASANDRA COOPER, requests that judgment be entered against the Defendant, ADVENTIST HEALTH SYSTEM/SUNBELT, INC. d/b/a ADVENTHEALTH ALTAMONTE SPRINGS, for all damages recoverable under the FMLA, in addition to all litigation expenses and costs, including attorneys' fees and any other lawful and equitable relief this Court deems to be just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff demands a jury trial.

Dated: May 31, 2021.	Respectfully submitted,

                                                Law Offices of Levy & Levy, P.A.
                                                1000 Sawgrass Corporate Parkway, Suite 588
                                                Sunrise, Florida  33323
                                                Telephone: (954) 763-5722
                                                Facsimile: (954) 763-5723
                                                *Counsel for Plaintiff*

                                                */s/ Chad Levy*
                                                CHAD E. LEVY, ESQ.
                                                chad@levylevylaw.com
                                                Secondary: assistant@levylevylaw.com
                                                F.B.N.: 0851701
                                                DAVID M. COZAD, ESQ.
                                                david@levylevylaw.com
                                                F.B.N.: 333920